FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:24-cv-547-BRW

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 6 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I.  Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: Kevin Patterson
    ADC # 659826
    Address: 109 Goodgame Camden AR 71701

    Name of plaintiff: _____
    ADC # _____
    Address: _____

    Name of plaintiff: _____
    ADC # _____
    Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Kelly Patterson
    Position: Informent Calhoun County
    Place of employment: Precieuse Memories Daycare
    Address: 1112 Beaver Trial Redfield AR 72132

    Name of defendant: Vernon Morris
    Position: Sheriff Calhoun County

4

This case assigned to District Judge Wilson
and to Magistrate Judge Kearney

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

√ ~~jail and still awaiting trial on pending criminal charges~~ *Too R To*

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____   No √

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

6

Yes ___   No ✓

If not, why? I did not have access to it and they was tring to use I was mental.

## VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was wrongfull arrested for standing for what I saw and what happen and after joey martin took me down the street first instead of to the police station after at station clariey and her sheriff deputy allowed Kelly Patteren in the chemical room and was riding a males private naked while there was a female with red hair short while I was charged with bull crap charges and Delorise patterson appeared at resident next to where I reported what took place with Arkansas state police on Kori street June, 22, 2022  Trey Bates, Tony Clark, Trent Spicer, Shawna Crockett, Jesse Lasy, Rickey Smith, Gary McCollum, Rickey Reyes, Ronnie Bearden, Mickie Golbert, Tabian McCollum, Moe Milner, Lisa McCollum, Hunter Edwards, Hunter Wilson, Brittany Wilson

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Fire them and make them pay for my injury of medical neglect and make sure the federal police Investigate

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 24 day of May, 20 24.

*Kevin Patterson*

_____
Signature(s) of plaintiff(s)

8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
**600 WEST CAPITOL AVENUE**
**ROOM A149**
**LITTLE ROCK, ARKANSAS 72201**

**TAMMY H. DOWNS**　　　　　　　　　　　　　　　　　　　　　　　　501-604-5351
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX 501-604-5321

# NOTICE

Re:   Complaint Form by Prisoners Under
       the Civil Rights Act, 42 U.S.C. § 1983

Dear Sir or Madam:

   In response to your request, we are enclosing copies of the form for filing a "Complaint By Prisoners Under the Civil Rights Act, 42 U.S.C. § 1983." Attached to the blank complaint form are instructions that set forth the requirements for filing a complaint in the United States District Court for the Eastern District of Arkansas. Please review these instructions before completing the complaint form.

   Thank you.

　　　　　　　　　　　　　　　　　　　　　　　TAMMY H. DOWNS
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Enclosures

Kevin Patterson
Ouachita County Detention Center
109 Goodgame St.
Camden, AR 71701

Clerk of Court
600 west capitol Avenue
Little Rock AR, 72201